IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| HOWARD DORAN TEATER and NORMA TEATER, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL NO. 08-161-GPM |
| PNEUMO ABEX CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

# ORDER

**MURPHY, District Judge:**

This matter is before the Court on a motion for remand of this case to state court (Doc. 11). While it appears from the allegations of the amended notice of removal in this case that diversity of citizenship is complete, it also is clear from the record that this action has been removed more than one year after its commencement, in violation of 28 U.S.C. § 1446(b). Accordingly, the motion for remand of this case to state court is **GRANTED** and, pursuant to 28 U.S.C. § 1447(c), this case is **REMANDED** to the Circuit Court of the Third Judicial Circuit, Madison County, Illinois.

**IT IS SO ORDERED.**

DATED: April 22, 2008

 S/G. Patrick Murphy
G. PATRICK MURPHY
United States District Judge